FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC -6 PM 4: 19

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**Donna Evans**
SSN: XXX-XX-3378

Debtor(s)

Case No. 08-23726 JTM
Chapter 7

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On December 3, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 9. | Pioneer Valley Hospital | 3460 S. Pioneer Pwky<br>West Valley City, UT 84120 | $2.81 |

3. These funds are on deposit in Bank of America, account number 4437514550.

4. A check in the amount of Two Dollars and Eighty-One Cents ($2.81), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** December 6, 2010

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on \2/6/10, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

    Office of the United States Trustee
    Attn: Rayla Meyer
    Ken Garff Building
    405 South Main Street
    Suite 300
    Salt Lake City, UT 84111

    Donna Evans
    5792 Westbench Drive
    Kearns, UT 84118

/s/ Paree Christers

Date: 12/06/10                                                                                                                   Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-23726 - Evans, Donna

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Pioneer Valley Hospital<br>A Campus Of Jordan Valley Medical<br>3460 South Pioneer Parkway<br>West Valley City UT 84120<br>acct # B0815600009 | 000009 | 80.00 | 2.81 |
| ---------- Remittance Total --------------- | | 80.00 | 2.81 |

Elizabeth R. Loveridge, Trustee

COURT1                                                                                         Printed: 12/06/10 12:03 PM  Ver: 16.01a